# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| VIAHART LLC<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>    Defendants. | No. 20-cv-5049<br><br>Hon. Joan H. Lefkow<br><br>Mag. Judge Jeffrey Cummings |

## NOTICE OF FILINGS

PLEASE TAKE NOTICE that Plaintiff, by its and through its undersigned counsel, has filed a Motion for Leave to File Under Seal (ECF. No. 7), Plaintiff's Ex Parte Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction and a Temporary Asset Restraint (ECF No. 9) (the "Motions"). Pursuant to the Fourth Amended General Order 20-0012, Plaintiff has not noticed the Motions for a hearing, but Plaintiff is available for a telephonic hearing if requested by the Court.

Date: August 27, 2020

Respectfully submitted,

/s/Daliah Saper
Daliah Saper (No. 6283932)
Matt Grothouse
Brandon Beymer
Saper Law Offices, LLC
505 N. LaSalle, Suite 60654
Chicago, Illinois 60654
(312) 527-4100
ds@saperlaw.com